UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOIS OKOLI,<br><br>        Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC; and COOLING & WINTER LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-03051-LMM-RDC |

## J U D G M E N T

Defendants Portfolio Recovery Associates, LLC and Cooling & Winter, LLC having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff , against the defendant Portfolio Recovery Associates, LLC , for the sum of $2,001.00 and against defendant Cooling & Winter, LLC, for the sum of $1,001.00 plus reasonable attorney's fees for both.

Dated at Atlanta, Georgia, this 18th day of August, 2020.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                    By:    s/ T. Frazier
                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 18, 2020
James N. Hatten
Clerk of Court

By:    s/ T. Frazier
         Deputy Clerk